ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fluor Federal Solutions, LLC | ) ASBCA No. 61921 |
| | ) |
| Under Contract No. N69450-12-D-7582 | ) |

APPEARANCES FOR THE APPELLANT:
    Kathryn T. Muldoon Griffin, Esq.
    Jennifer A. Mahar, Esq.
    John S. Pachter, Esq.
     Smith Pachter McWhorter PLC
     Tysons Corner, VA

    Donald M. Yenovkian II, Esq.
     Senior Counsel

APPEARANCES FOR THE GOVERNMENT:
    Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Russell A. Shultis, Esq.
    Patricia Walter, Esq.
    Julie C. Ruggieri, Esq.
     Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE WITWER

The parties have settled this appeal and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' amended stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,162,497. If the award is not paid within 90 days of the date of this consent judgment, interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from the 91st after the date of this consent judgment until the date of payment.

Dated: January 27, 2021

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                I concur

RICHARD SHACKLEFORD                     J. REID PROUTY
Administrative Judge                     Administrative Judge
Acting Chairman                         Vice Chairman
Armed Services Board                     Armed Services Board
of Contract Appeals                      of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61921, Appeal of Fluor Federal Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: January 27, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals